HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255452)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Plaintiff
JDS Uniphase Corporation

**ORIGINAL FILED**

JUL 21 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYNTUNE, AB, a Swedish corporation; CYOPTICS, INC., a Delaware corporation <br><br> Defendants. | Case No.: C08 03498 JL <br><br> **PLAINTIFF JDS UNIPHASE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

These representations are made to enable judges of the Court to evaluate possible recusal.

-1-

Certification of Interested Entities or Persons

| | |
|---|---|
| Dated: July 21, 2008 | FENWICK & WEST LLP<br><br>By: *Heather N. Mewes/GEW*<br>Heather N. Mewes<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: 415-875-2300<br>Facsimile: 415-281.1350<br><br>Attorneys for Plaintiff<br>JDS UNIPHASE CORPORATION |

fb.us.3077856.02

-2-