1  HEATHER N. MEWES (CSB No. 203690)
   hmewes@fenwick.com
2  LAUREN E. WHITTEMORE (CSB No. 255432)
   lwhittemore@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone: 415-875-2300
5  Facsimile: 415-281.1350

6  Attorneys for Plaintiff
   JDS Uniphase Corporation
7

**ORIGINAL FILED**

JUL 21 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

E-FILING
ADR

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  JDS UNIPHASE, a Delaware Corporation,    Case No.: C 08-03498 JL

13         Plaintiff,

14     v.                                    NOTICE OF PENDENCY OF OTHER
                                             ACTION OR PROCEEDING
15  SYNTUNE, AB, a Swedish corporation;
    CYOPTICS, INC., a Delaware corporation
16
           Defendants.
17

18

19       Plaintiff JDSU Uniphase Corporation ("JDSU") hereby files this Notice of Pendency of

20  Other Action or Proceeding in order to notify the Court that this action involves a material part of the

21  same subject matter and substantially the same parties as another action pending in the United States

22  District Court for the Northern District of California, Southern Division.

23  1.     **Description of the Other Action.** The other action pending in the United States District

24  Court for the Northern District of California, Southern Division, is *Bookham, Inc. v. JDS Uniphase

25  Corp. et al.*, Case No. 08-01275-RMW. The named parties in this other action are Bookham, Inc,

26  JDS Uniphase Corporation ("JDSU"), Agility Communications, Inc, and DOES 1-10. However,

27                                           -1-
28
                                                     Notice of Pendency of Other Action or Proceeding

Agility Communications was acquired and merged into JDSU and DOES 1-10 have not been identified, so the true parties in interest are Bookham, Inc. and JDSU. In the action, Bookham seeks a declaratory judgment that three patents owned by JDSU—U.S. Patent Nos. 6,658,035; 6,654,400; and 6,687,278 ("the Patents")—are not infringed, invalid, or unenforceable. Bookham also claims intentional interference with economic advantage and unfair competition. JDSU has filed counterclaims alleging that Bookham's tunable laser products infringe the Patents. JDSU is seeking, among other things, damages and injunctive relief for Bookham's infringement.

2. **Relationship of the Other Action to This Action.** This Action involves a material part of the same subject matter as the other action. In this action, the same three patents (the "Patents") are at issue. Here, JDSU alleges that those same Patents are being infringed by the defendants' making and selling of tunable laser products. Thus, this action and the other action both involve the same three patents, the same patent holder (i.e., JDSU), similar tunable laser products, and similar types of infringement allegations. In addition, as in the other action, in this action JDSU is seeking, among other things, damages and injunctive relief for the infringement.

3. **Other Coordination to Avoid Conflicts, Conserve Resources, and Promote an Efficient Determination of the Action.** Given the similarity of the subject matter involved in this action and the other action, JDSU plans to request an order in the other action that the two actions are related under Local Rule 3-12 ("Administrative Motion to Consider Whether Cases Should Be Related") and, at the appropriate time, to request consolidation of the two actions pursuant to Rule 42 of the Federal Rules of Civil Procedure. JDSU submits that, given that this action and the other action involve the same three patents and similar technology, consolidation of the two actions would reduce the risk of conflicts (including the risk of inconsistent rulings), conserve resources, and promote the efficient determination of the action.

Dated: July 21, 2008

FENWICK & WEST LLP

By: /s/ Heather N. Mewes/LEW
Heather N. Mewes
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281.1350

Attorneys for Plaintiff
JDS UNIPHASE CORPORATION.