ORIGINAL

*Fee Paid*

1  Natalie Hanlon-Leh
   Faegre & Benson LLP
2  3200 Wells Fargo Center
   1700 Lincoln Street
3  Denver, Colorado 80203
   Telephone: 303-607-3500
4  Facsimile: 303-607-3600

**FILED**

2008 JUL 23 A 9:02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C08  03498  JL

| | |
|---|---|
| JDS UNIPHASE, a Delaware Corporation, | Case No.: |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY NATALIE HANLON-LEH *PRO HAC VICE*** |
| v. | |
| SYNTUNE, AB, a Swedish corporation; CYOPTICS, INC., a Delaware corporation | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Natalie Hanlon-Leh, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff JDS Uniphase Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

-1-

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Heather N. Mewes
>
> Fenwick & West LLP
>
> 555 California Street, 12th Floor
>
> San Francisco, California 94104
>
> Telephone: 415-875-2300

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2008.

*[signature]*
Natalie Hanlon-Leh *(pro hac vice)*

-2-