ORIGINAL

RECEIVED
2008 JUL 23 AM 9:01
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

ORIGINAL FILED
JUL 2 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYNTUNE, AB, a Swedish corporation;<br>CYOPTICS, INC., a Delaware corporation<br><br>Defendants. | Case No.: C08 03498 JL<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TIMOTHY E. GRIMSRUD** *PRO HAC VICE*<br><br>E-filing |

Timothy E. Grimsrud, an active member in good standing of the bar of the United States District Court for the District of Minnesota, whose business address and telephone number is:

2200 Wells Fargo Center

90 South Seventh Street

Minneapolis, Minnesota 55402

Telephone: 612-766-7000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____7-25_____, 2008.

_____
United States ~~District Court~~ Judge
MAGISTRATE

fb.us.3078062.01