ORIGINAL

**RECEIVED**

2008 JUL 23 AM 9:02

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL FILED

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JDS UNIPHASE, a Delaware Corporation,

   Plaintiff,

v.

SYNTUNE, AB, a Swedish corporation;
CYOPTICS, INC., a Delaware corporation

   Defendants.

Case No.: C08 03498 JL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY NATALIE HANLON-LEH *PRO HAC VICE*

E-filing

Natalie Hanlon-Leh, an active member in good standing of the bar of the United States District Court for the District of Colorado, whose business address and telephone number is:

   3200 Wells Fargo Center

   1700 Lincoln Street

   Denver, Colorado 80203

   Telephone: 303-607-3500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 7-25, 2008.

_____
United States ~~District Court~~ Judge
MAGISTRATE