**ORIGINAL FILED**

**RECEIVED**
2008 JUL 23 AM 9:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JDS UNIPHASE, a Delaware Corporation,

Plaintiff,

v.

SYNTUNE, AB, a Swedish corporation;
CYOPTICS, INC., a Delaware corporation

Defendants.

Case No.: C08 03498

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MARY V. SOOTER *PRO HAC VICE*

E-filing

Mary V. Sooter, an active member in good standing of the bar of the United States District Court for the District of Colorado, whose business address and telephone number is:

   1900 Fifteenth Street

   Boulder, Colorado 80302

   Telephone: 303-447-7700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff JDS Uniphase Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 7-25 , 2008.

_____
United States District Court Judge
MAGISTRATE

fb.us.3078065.01