DAVID J. F. GROSS (*admitted pro hac vice*)
dgross@faegre.com
NATALIE HANLON-LEH (*admitted pro hac vice*)
nhanlon-leh@faegre.com
TIMOTHY E. GRIMSRUD (*admitted hac vice*)
tgrimsrud@faegre.com
MARY V. SOOTER (*admitted pro hac vice*)
msooter@faegre.com
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorneys for Plaintiff
JDS Uniphase Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JDS UNIPHASE, a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SYNTUNE, AB, a Swedish corporation;<br>CYOPTICS, INC., a Delaware corporation<br><br>    Defendants. | Case No.: C 08-03498-JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

-1-

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a United
3  States Magistrate for trial and disposition and hereby requests the reassignment of this case to a
4  United States District Judge.

Dated: July 28, 2008                     FAEGRE & BENSON LLP

By: /s/ Mary V. Sooter
    Mary V. Sooter
    FAEGRE & BENSON LLP
    3200 Wells Fargo Center
    Denver, Colorado 80203
    Telephone: 303-607-3500
    Facsimile: 303-607-3600

Attorneys for Plaintiff
JDS UNIPHASE CORPORATION

fb.us.3097227.01