JDS Uniphase Corporation, et. al., Plaintiff(s)

vs.

Syntune, AB, a Swedish Corporation, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   091105-0001

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:

--Cyoptics, Inc., a Delaware corporation
Court Case No. C 08-03498-JL

FAEGRE & BENSON
Ms. Jill Condon
1900 Fifteenth Street
Boulder, CO 80302-5414

State of: _____PA_____ ) ss.
County of: _NORTHAMPTON_ )

Name of Server: _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _31_ day of _July_, 20 _08_, at _11:15_ o'clock _A_ M

Place of Service: at _9999 Hamilton Blvd._, in _Breinigsville, PA 18031_

Documents Served: the undersigned served the documents described as:
Summons on Cyoptics, Inc.; Complaint for Patent Infringemnet;
Certificate of Interested Entities or Persons; Notice of Pendancy
of Other Action; Order Setting Initial Case Management Conference
and ADR Deadlines; Administrative Motion to Consider Whether
Cases Should Be Related; Declaration of Mary V. Sooter; Proposed Order
Consenting to a Magistrate Judge's Jurisdiction in the District of Norther California;
U.S. District Court Northern California ECF Registration Information Handout

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Cyoptics, Inc., a Delaware corporation

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _BEN SHAPER   (SUMMER INTERN) THIS WHO THEY_
_SENT TO ACCEPT PAPERS_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _BR_ ; Facial Hair _N_
Approx. Age _21_ ; Approx. Height _5'5"_ ; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Charles H. Seyfried_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_31st_ day of _July_, 20 _08_

_Amy B. Beck_   _3/29/12_
Notary Public        (Commission Expires)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
AMY B. BECK, NOTARY PUBLIC
BETHLEHEM TWP., NORTHAMPTON COUNTY
MY COMMISSION EXPIRES MARCH 29, 2012

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JDS UNIPHASE, a Delaware corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  C 08-03498-JL |
| SYNTUNE, AB, a Swedish corporation; | ) | |
| CYOPTICS, INC., a Delaware corporation | ) | |
| | ) | |
| Defendant | ) | |

AMENDED
**Summons in a Civil Action**

To:  Cyoptics, Inc., 9999 Hamilton Blvd., Breingsville, PA 18031

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Heather N. Mewes (CBS No. 203690)
Lauren E. Whittemore (CBS No. 255432)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  JUL 2 3 2008

Deputy clerk's signature

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*