UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JDS UNIPHASE

       Plaintiff(s),                                        No. 08-03498 JL

   v.                                            NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

SYNTUNE, AB, ET AL.

       Defendant(s).

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for October 29, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: August 4, 2008

                                                      Richard W. Wieking, Clerk
                                                      United States District Court

                                                      _____
                                                      By: Wings Hom, Deputy Clerk