1  MICHAEL A. LADRA, State Bar No. 64307
   Email: mladra@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 493-6811
5
   Attorneys for Defendant
6  CyOptics, Inc.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11 JDS UNIPHASE, a Delaware Corporation,     )   CASE NO.: C08 03498JL
                                             )
12         Plaintiff,                        )   STIPULATION TO EXTEND TIME
                                             )   TO FILE RESPONSE TO
13     v.                                    )   PLAINTIFF'S COMPLAINT
                                             )
14 SYNTUNE, AB, a Swedish corporation;       )
   CYOPTICS, INC., a Delaware corporation,   )
15                                           )
          Defendants.                        )
16                                           )
                                             )
17 _____ )

28 / / / / /

---

STIPULATION TO EXTEND TIME TO RESPOND

1  IT IS HEREBY STIPULATED by and between Defendant CyOptics, Inc. and Plaintiff JDS UNIPHASE, through their respective counsel of record, that the response of CyOptics, Inc. to Plaintiff's Complaint, due on or before August 20, 2008, shall be extended to September 19, 2008.

Dated: August 18, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael A. Ladra
    Michael A. Ladra
    mladra@wsgr.com

Attorneys forDefendant
CyOptics, In

Dated: August 20, 2008

FENWICK & WEST LLP

By: /s/ Heather N. Mewes
    Heather N. Mewes
    hmewes@fenwick.com

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

2      I, Michael A. Ladra, am the ECF User whose identification and password are being used to
3  file the Stipulation to Extend Time to File Response to Plaintiff's Complaint.  In compliance with
4  General Order 45.X.B., I hereby attest that Heather N. Mewes has concurred in this filing.

6                                                    /s/  Michael A. Ladra

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28