

# NOTARIUS PUBLICUS I GÖTEBORG
### ADVOKAT BJÖRN MAGNUSSON

I, the undersigned, LARS ARRHED, Notary Public of Göteborg, Sweden, do hereby certify,

<u>that</u>    **Claes-Göran Hammar**

with Swedish Personal No.670527-5912

has personally signed the hereto attached document .

Göteborg, this 8th day of August 2008

Ex officio:



L a r s   A r r h e d

Exp. No.: 136006

Fee: SEK 350:-





| Postadress/Postal Address | Besöksadress/Visitors | Exp. tid/Office hours | Telefon/Telephone | Telefax |
|---|---|---|---|---|
| Box 11911 | Drottninggatan 38 | 10:00-12:00, 13:00-15:30 | Nat 031-799 10 90 | Nat 031-799 10 99 |
| S-404 39 GÖTEBORG | GÖTEBORG | Dag före helgdag/ | Int +46 31 799 10 90 | Int +46 31 799 10 90 |

JDS Uniphase, et. al., Plaintiff(s)
vs.
Syntune, AB, et. al., Defendant(s)

Service of Process by

APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 252445-1

**Law Firm Requesting Service:** —————
FAEGRE & BENSON
Ms. Jill Condon
1900 Fifteenth Street
Boulder, CO 80302-5414

*AFFIDAVIT OF SERVICE ON A CORPORATION*

Service in a foreign country pursuant to Article 10 of the Hague
Service Convention

--Syntune AB
Court Case No. C08 03498 JL

| | |
|---|---|
| **Name of Server:** | Claes-Göran Hammar                  , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on  05-Aug-2008 03:22 pm |
| **Place of Service:** | Torshamnsgatan 30A, S-164 40 Kista, Sweden |
| **Documents Served:** | the undersigned served the documents described as: |

See Attached List of Documents.

| | |
|---|---|
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Syntune AB** By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is **Ulf Rockström, VP Supply** |
| **Foreign Law:** | **Documents served pursuant to §13 Swedish law on service.** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex  **M** ; Skin Color  **Caucasian** ; Hair Color                ; Facial Hair Approx. Age     **45**     ; Approx. Height               : Approx. Weight     **85 kg** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.  _____ Signature of Server | Subscribed and sworn to before me this _____ day of _____, 20 ____ _____ Notary Public    (Commission Expires) |



**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

# LIST OF DOCUMENTS

Summary of the Document to be Served (in Swedish and English)

Summons in a Civil Action

Complaint for Patent Infringement with attached Exhibits 1 through 3

Plaintiff JDS Uniphase Corporation's Certification of Interested Entities or Persons

Notice of Pendency of Other Action or Proceeding

Order Setting Initial Case Management Conference and ADR Deadlines

Order Setting Case Management Conference

Notice of Settlement Conference and Settlement Conference Order

Joint Case Management Statement and Proposed Order

Notice of Assignment of Case to a United States Magistrate Judge for Trial

Consent to Proceed Before a United States Magistrate Judge

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

Order of the Chief Judge in re: Electronic Filing in Cases with Unrepresented Parties

Defendants JDS Uniphase Corporation's and Agility Communication, Inc.'s Administrative Motion to Consider Whether Cases Should be Related

Declaration of Mary V. Sooter in Support of Defendants JDS Uniphase Corporation and Agility Communications, Inc's Administrative Motion to Consider Whether Cases Should be Related

[Proposed] Order Granting Administrative Motion and Relating Cases

Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

ECF Registration Information Handout

