Katherine D. Prescott (SBN 215496/prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
SYNTUNE, AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNTUNE, AB, and CYOPTICS, INC.<br><br>　　　　　Defendants. | Case No. C08-03498 RMW<br><br>**STIPULATION EXTENDING TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: July 21, 2008<br>The Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED, by and between Defendant Syntune, AB and Plaintiff JDS Uniphase, through their respective counsel of record, that the response of Syntune, AB to Plaintiff's Complaint, due on or before August 25, 2008, shall be extended to September 24, 2008.

1

STIPULATION EXTENDING TIME IN WHICH
DEFENDANTS MAY RESPOND TO
PLAINTIFF'S COMPLAINT
Case No. C08-03498 RMW

| | | |
|---|---|---|
| 1 | Dated: August 22, 2008 | FISH & RICHARDSON P.C. |
| 3 | | By: */s/ Katherine D. Prescott* |
| 4 | | Katherine D. Prescott |
| 5 | | Attorneys for Defendant SYNTUNE, AB |
| 7 | Dated: August 22, 2008 | FAEGRE & BENSON |
| 8 | | By: */s/ Mary V. Sooter* |
| 9 | | Mary V. Sooter<br>Natalie Hanlon-Leh |
| 10 | | Attorneys for Plaintiff<br>JDS Uniphase |

### ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B,

I, Katherine D. Prescott, as the ECF User whose identification and password are being used to file the Stipulation to Extend Time to File Response to Plaintiff's Complaint. In compliance with General Order No. 45.X.B.

| | | |
|---|---|---|
| 17 | Dated: August 22, 2008 | FISH & RICHARDSON P.C. |
| 19 | | By: */s/ Katherine D. Prescott* |
| 20 | | Katherine D. Prescott |
| 21 | | Attorneys for Defendant SYNTUNE, AB |

2

STIPULATION EXTENDING TIME IN WHICH
DEFENDANTS MAY RESPOND TO
PLAINTIFF'S COMPLAINT
Case No. C08-03498 RMW