1  Katherine D. Prescott (SBN 215496/prescott@fr.com)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Attorneys for Defendant
5  SYNTUNE, AB

FILED
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE | Case No. C08-03498 RMW |
| Plaintiff, | |
| v. | **APPLICATION OF CHRISTOPHER O. GREEN FOR ADMISSION PRO HAC VICE** |
| SYNTUNE, AB, and CYOPTICS, INC. | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Christopher O. Green, an active member in good standing of the bar of the state of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant Syntune, AB, in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who

1

maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Katherine D. Prescott (SBN 215496/prescott@fr.com)
> FISH & RICHARDSON, P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063
> Telephone: (650) 839-5070
> Facsimile: (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2008                    FISH & RICHARDSON P.C.

By: *[signature]*

_____
Christopher O. Green

Attorneys for Defendant
SYNTUNE, AB