RECEIVED

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE<br><br>Plaintiff,<br><br>v.<br><br>SYNTUNE, AB, and CYOPTICS, INC.<br><br>Defendants. | Case No. C08-03498 RMW<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF CHRISTOPHER GREEN FOR ADMISSION *PRO HAC VICE* |

Christopher Green, an active member in good standing of the bar of the state of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall

1

PROPOSED ORDER GRANTING APPLICATION OF
CHRISTOPHER GREEN FOR
ADMISSION PRO *HAC VICE*
Case No. C08-03498-RMW

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3  Dated: _____

 

_____
United States District Court Judge