```
Jonathan J. Lamberson (SBN 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Drew Meunier ((Pro Hac Vice pending) /Meunier@fr.com)
Christopher O. Green ((Pro Hac Vice pending) /cgreen@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002
```

*E-FILED - 9/24/08*

Attorneys for Defendant
CYOPTICS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE<br><br>Plaintiff,<br><br>v.<br><br>SYNTUNE, AB, and CYOPTICS, INC.<br><br>Defendants. | Case No. C08-03498 RMW<br><br>**STIPULATION AND [XXXXXXXXXXXXX]<br>ORDER EXTENDING TIME IN WHICH<br>DEFENDANT CYOPTICS INC. MAY<br>RESPOND TO PLAINTIFF'S<br>COMPLAINT**<br><br>Complaint Filed: September 11, 2008<br>The Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED, by and between Defendant Cyoptics, Inc. and Plaintiff JDS Uniphase, through their respective counsel of record, that the deadline for Cyoptics, Inc. to provide a response of Cyoptics, Inc. to Plaintiff's Complaint, currently due on or before September 19, 2008, shall be extended to September 24, 2008. The response was first due on or before August 20,

2008. This stipulated extension request is made due to a change in counsel by Cyoptics, Inc. This change should not otherwise affect the current schedule for this case.

Dated: September 11, 2008                     FISH & RICHARDSON P.C.


                                              By: */s/ Jonathan J. Lamberson*
                                                  Jonathan J. Lamberson

                                              Attorneys for Defendant
                                              Cyoptics, Inc.


Dated: September 11, 2008                     FAEGRE & BENSON

                                              By: */s/ Mary V. Sooter*
                                                  Mary V. Sooter
                                                  Natalie Hanlon-Leh
                                              Attorneys for Plaintiff
                                              JDS Uniphase


## ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained by each of the signatories.

Dated: September 11, 2008                     FISH & RICHARDSON P.C.


                                              By: */s/ Jonathan J. Lamberson*
                                                  Jonathan J. Lamberson

                                              Attorneys for Defendant
                                              Cyoptics, Inc.

## [XXXXXXXXXXXXXXX] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline for Cyoptics, Inc. to provide a response to Plaintiff's Complaint, currently due on or before September 19, 2008, shall be extended to September 24, 2008.

Dated: 9/24/08

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court