| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | NATALIE HANLON-LEH (*Admitted pro hac vice*)<br>nhanlon-leh@faegre.com<br>DAVID J.F. GROSS (*Admitted pro hac vice*)<br>dgross@faegre.com<br>MARY V. SOOTER (*Admitted pro hac vice*)<br>msooter@faegre.com<br>TIMOTHY E. GRIMSRUD (*Admitted pro hac vice*)<br>tgrimsrud@faegre.com<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br>Telephone: 303-607-3500<br>Facsimile: 303-607-3600<br><br>HEATHER N. MEWES (CSB No. 203690)<br>hmewes@fenwick.com        ***E-FILED - 4/16/09***<br>LAUREN E. WHITTEMORE (CSB No. 255432)<br>lwhittemore@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: 415-875-2300<br>Facsimile: 415-281-1350<br><br>Attorneys for Plaintiff<br>JDS Uniphase Corporation and |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JDS UNIPHASE, a Delaware Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>SYNTUNE, AB, a Swedish corporation;<br>CYOPTICS, INC., a Delaware corporation<br><br>    Defendants. | Case No.: C 08-03498-RMW<br><br>**[] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

-1-

1   Pursuant to a stipulation by and between Plaintiff JDS Uniphase Corporation ("JDSU"), on
2   the one hand, and Defendants Syntune, AB and CyOptics, Inc., (collectively, "Defendants"), on the
3   other, by and through their respective counsel, it is hereby order that this all claims and
4   counterclaims in this case be dismissed with prejudice, with each side bearing its own costs and
5   attorneys' fees.  This dismissal is pursuant to a settlement agreement between JDSU and Defendants
6   and is not intended nor will it affect any of the claims or counterclaims in the matter of *Bookham,*
7   *Inc. v. JDS Uniphase, et al.*, Case No. 5:08-CV-01275-RMW.

    IT IS SO ORDERED.

DATED: ___4/16_____, 2009.    _____
                                     Judge Ronald M. Whyte